UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BOWCUT,<br><br>    Plaintiff,<br><br>    v.<br><br>VASUKI DARAM, et al.,<br><br>    Defendants. | No. 2:21-cv-00736 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. (ECF No. 29.) As defendants have filed answer in this action, any voluntary dismissal of this action must either be by consent of the parties or by court order. Fed. R. Civ. P. 41(a).

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: November 18, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/bowc0736.59a