1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD RAY BOWCUT,                       No.  2:21-cv-0736 DB P

12              Plaintiff,

13         v.                                   ORDER

14    VASUKI DARAM, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18    On March 28, 2023, this court ordered the parties to propose deadlines for discovery and

19    dispositive motions.  Defendants filed a statement that, after meeting and conferring with

20    plaintiff, all parties agree to a deadline of July 31, 2023 for the completion of discovery, including

21    motions to compel, and a deadline of October 31, 2023 for filing dispositive motions.  This court

22    finds those deadlines reasonable.

23         Accordingly, IT IS HEREBY ORDERED that

24         1.  The deadline for completing all discovery, including filing motions to compel

25    discovery, is July 31, 2023.

26         2.  The deadline for filing dispositive motions is October 31, 2023.

27    ////

28    ////

1

1       3.  The parties should refer to the Discovery and Scheduling Order filed May 5, 2022, for

2   further information regarding discovery, motions, and other pretrial matters.

3   DATED:  May 8, 2023

4   `

5

6                                          /s/  DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   DLB:9
     DB Prisoner Inbox/Civil Rights/R/bowc0736.dso eot

25

26

27

28