UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BOWCUT, | No. 2:21-cv-00736 DB P |
| Plaintiff, | |
| v. | ORDER |
| VASUKI DARAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On May 8, 2023, the court issued a modified discovery and scheduling order, which made dispositive motions due on October 31, 2023. (ECF No. 42.) On October 31, 2023, defendants' counsel filed a motion to modify the scheduling order.[1] (ECF No. 45.) Counsel asks that the deadline for dispositive motions be extended to November 14, 2023. (Id.) For the reasons stated below, the court will grant the motion.

"Rule 16(b) of the Federal Rules of Civil Procedure authorizes the district court to control and expedite pretrial discovery through a scheduling order." FMC Corp. v. Vendo Co., 196 F. Supp. 2d 1023, 1030 (E.D. Cal. 2002). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Rule 16(b)'s "'good cause' requirement

---

[1] Defense counsel is reminded that it is a better practice to file a motion to continue a deadline before the actual deadline.

1

focuses primarily on the party's diligence and its reasons for not acting sooner." City of Lincoln v. County of Placer, --- F. Supp. 3d ---, 2023 WL 2776091, at *6 (E.D. Cal. 2023). "If a party was not diligent, the inquiry should end." Vendo Co., 196 F. Supp. 2d at 1030 (quoting Johnson v. Mammoth Recs., Inc., 975 F.2d 604, 609 (9th Cir. 1992)). "The decision to modify a scheduling order is within the broad discretion of the district court." Id.

In support of the motion, defendants' counsel states that counsel is preparing a motion for summary judgment, but that defendant Daram is currently on vacation. (ECF No. 45-1 at 2.) As a result, counsel has been unable to review the summary judgment motion with defendant Daram. (Id.) Given the unavailability of defendant Daram, good cause supports the motion for a continuance.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the scheduling order (ECF No. 45) is granted; and
2. The deadline for filing dispositive motions is November 14, 2023.

Dated: November 1, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/bowc0736.mod DSO

2