UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BOWCUT,<br><br>Plaintiff,<br><br>v.<br><br>VASUKI DARAM, et al.,<br><br>Defendants. | No. 2:21-cv-00736-DB<br><br><br>ORDER |

On November 14, 2023, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff did not oppose the motion. Plaintiff filed two motions requesting appointment of counsel (ECF Nos. 49, 50) and the undersigned denied those motions. (ECF No. 51.) Plaintiff then filed an appeal. (ECF No. 53.) Plaintiff also filed a motion to proceed in forma pauperis after being sent the bill for fees by the Ninth Circuit. (ECF No. 56.) The Ninth Circuit dismissed plaintiff's appeal for lack of jurisdiction. (ECF Nos. 57, 58.)

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id. On November 14, 2023 plaintiff was advised of the

////

////

1

requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.  See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc); Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id.

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that:

1) Within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.

2) Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.  Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3) Plaintiff's motion to proceed in forma pauperis (ECF No. 56) is denied as moot.

Dated:  April 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16

DB/Prisoner Inbox/Civil Rights/R/bowc736nooppo