UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BOWCUT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VASUKI DARAM, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-0736 DB P<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment filed on November 14, 2023.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 60) is granted; and

　　　2. Plaintiff is granted forty-five days from the date of this order in which to file and serve an opposition to defendants' motion for summary judgment.  Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated:  May 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:16
DB/Prisoner/Civil/R/bowc0736.36opp

1