UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BOWCUT,<br><br>Plaintiff,<br><br>v.<br><br>VASUKI DARAM, et al.,<br><br>Defendants. | No. 2:21-cv-0736 DB P<br><br><br><br>ORDER |

Plaintiff has requested a second extension of time to file an opposition to defendants' motion for summary judgment pursuant to the court's order of May 20, 2024. Good cause appearing, this request will be granted in part. However, no further extension of time will be granted. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 62) is granted in part; and

2. Plaintiff is granted 30 days from the date of this order in which to file and serve an opposition to defendants' motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: July 18, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/bowc0736.36.sec.opp