UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BOWCUTT,<br><br>Plaintiff,<br><br>v.<br><br>VASUKI DARAM, et al.,<br><br>Defendants. | No.  2:21-cv-00736-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 47, 67) |

Plaintiff Donald Ray Bowcutt is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion for summary judgment (Doc. No. 47) be granted because "[P]laintiff has failed to show a genuine dispute of material fact as to" whether Defendants Dr. Daram and Dr. Vaughn were deliberately indifferent to his serious medical needs, and "there is no genuine dispute as to [Defendant] Gates' lack of knowledge" of Plaintiff's serious medical needs. (Doc. No. 67 at 16–18.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service.  (*Id.* at 5.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 19, 2025 (Doc. No. 67) are ADOPTED in full;
2. Defendants' motion for summary judgment (Doc. No. 47) is GRANTED;
3. Judgment shall be entered in favor of Defendants; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 30, 2025**

Dena Coggins
United States District Judge